# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:18-CR-0481-S |
| | § | |
| ISMAEL MEDINA (2) | § | |

## ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 82] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Ismael Medina's term of supervised release. *See* Order, ECF No. 113. The Court has received the Report and Recommendation ("Recommendation") of the United States Magistrate Judge pursuant to its order. *See* ECF No. 122. The Defendant waived his right to object to the Recommendation. *See id.* The Court is of the opinion that the Recommendation of the Magistrate Judge is correct.

It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of **eight months**, with no term of Supervised Release to follow.

**SO ORDERED.**

Signed February 2, 2024.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**